**FILED**

AUG 13 2020 JG

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **20 CR 495** |
| v. ) | Violation: 26 U.S.C. § 7206(1) |
| TERRANCE P. LINK ) | **JUDGE DOW** |
| | **MAGISTRATE JUDGE COLE** |

The UNITED STATES ATTORNEY charges:

On or about October 15, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

TERRANCE P. LINK,

defendant herein, willfully made and subscribed, and caused to be made and subscribed, a United States Individual Income Tax Return (Form 1040 with schedules and attachments) for the calendar year 2016, which return was verified by written declaration that it was made under penalties of perjury and was filed with the Internal Revenue Service, which return he did not believe to be true and correct as to every material matter, in that said return reported on Line 22 that the total income was $264,450, when defendant knew that the total income substantially exceeded that amount;

In violation of Title 26, United States Code, Section 7206(1).

AMARJEET BHACHU
Digitally signed by AMARJEET BHACHU
Date: 2020.08.12 17:18:28 -05'00'

Signed by Amarjeet S. Bhachu
on behalf of the
UNITED STATES ATTORNEY