Cat. 2

FELONY

20CR 495

JUDGE DOW

MAGISTRATE JUDGE COLE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1.      Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **No** (You must answer 1b even if the answer is No)

    1a.     If the answer is "Yes," list the case number and title of the earliest filed complaint: n/a

    1b.     Should this indictment or information receive a new case number from the court? **Yes**

2.      Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **No**

    2a.     If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)): n/a

3.      Is this a re-filing of a previously dismissed indictment or information? **No**

4.      Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5.      Is this a transfer of probation supervision from another district to this District? **No**

6.      What level of offense is this indictment or information? **Felony**

7.      Does this indictment or information involve eight or more defendants? **No**

8.      Does this indictment or information include a conspiracy count? **No**

9.      Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: Filing a false tax return *Income Tax Fraud (II)*

10.     List the statute of each of the offenses charged in the indictment or information. **26 U.S.C. § 7206(1)**

**FILED**

AUG 13 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

*/s/ Christopher J. Stetler*
CHRISTOPHER J. STETLER
Assistant United States Attorney