UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>TERRANCE P. LINK | No. 20 CR 495<br><br>Judge Robert M. Dow Jr. |

## JOINT STATUS REPORT

On August 13, 2020, an information was filed charging defendant with one count of filing a false tax return, in violation of 26 U.S.C. § 7206(1). (R. 1, Information.) On September 16, 2020, defendant pled guilty pursuant to a cooperation plea agreement in which he agreed to the postponement of his sentencing until after the conclusion of his cooperation. (R. 12, Plea Agreement ¶ 11; R. 13, 9/16/20 Minute Order.)

The parties anticipate that defendant's cooperation will not conclude within the next several months and request a status hearing on or after January 3, 2022.

Date: September 21, 2021

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:  /s *Christopher J. Stetler*          /s *Catharine O'Daniel*
     CHRISTOPHER J. STETLER          CATHARINE O'DANIEL
     JAMES P. DURKIN          Law Offices of Catharine D. O'Daniel
     Assistant United States Attorneys          130 East Randolph Street
     United States Attorney's Office          Suite 2800
     219 South Dearborn Street, 5th Floor          Chicago, Illinois 60601
     Chicago, Illinois 60604          (312) 580-2072
     (312) 353-7602