# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 20-CR-00495 |
| v. ) | |
| ) | Judge Robert M. Dow, Jr |
| TERRANCE P LINK ) | |
| ) | |

## **ATTORNEY WITHDRAWAL**

Please take notice that the undersigned attorney has been removed in the above case.

**Dated:** January 14, 2021          Respectfully submitted,

/s/ Christopher J. Stetler
Christopher J. Stetler, Esq. (ARDC #6284070)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
(312) 902-5363
Christopher.Stetler@katten.com