**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

                Plaintiff,

v.                                        Case No.: 1:20−cr−00495
                                                Honorable Robert M. Dow Jr.

Terrance P Link

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 18, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Telephone conference held. Defense counsel's oral motion to waive Terrance Link's appearance for today's hearing is granted. At the request and by agreement of the parties, a further telephone conference is set for 5/17/2022 at 9:00 a.m. Joint status report is due no later than 5/12/2022. Christopher J. Stetler's motion to withdraw as counsel for the government [19] is granted. Participants should use the Court';s toll−free, call−in number 877−336−1829, passcode is 6963747. Without objection time is excluded to and including 5/17/2022 in the interest of justice for the complexity of the case, pursuant to 18 U.S.C. § 3161(h)(7)(A) − (B) and United States vs. O'Connor, No. 09−2476 (7th Cir. Sept. 1, 2011). Emailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.