# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) No. 1:20-cr-495 |
| | ) |
| TERRANCE P. LINK, | ) Honorable Judge Mary Rowland |
|     Defendant. | ) |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

**NOW COMES** the Defendant, **TERRANCE P. LINK**, by and through his attorney, Catharine D. O'Daniel, and without objection from the United States or the United States Probation Office, respectfully moves this Honorable Court to continue the sentencing hearing that is currently scheduled to proceed on October 5, 2023. In support of this motion, undersigned counsel respectfully submits the following unto this Honorable Court.

1. On June 27, 2023, this Honorable Court entered an order scheduling Mr. Link's sentencing to proceed on October 6, 2023 at 11:00 a.m. Mr. Link has an appointment with his cardiologist on October 6, 2023 that has been scheduled for over six months. Mr. Link has a pacemaker and this appointment would be difficult to reschedule.

2. For this reason, Mr. Link respectfully moves this Honorable Court to continue the sentencing hearing currently scheduled for October 6, 2023 to a date shortly thereafter.

3. The undersigned counsel has conferred with Assistant United States Attorney Christine O'Neill and United States Probation Officer Kathy Kiriklakis and the following dates in October and November are available for all parties: October 10, 11, 16, 17, 18, 19, 23, 24, 26, 27 or any day in November.

**WHEREFORE**, by reason of the foregoing, the Defendant, **TERRANCE P. LINK**, respectfully moves this Honorable Court to continue his sentencing hearing, which is currently scheduled for October 6, 2023 to any date set forth above.

> Respectfully submitted,
>
> s/ *Catharine D. O'Daniel*
> Catharine D. O'Daniel
> Attorney for Defendant,
> TERRANCE P. LINK

Catharine D. O'Daniel
Attorney for Defendant
LAW OFFICES OF CATHARINE D. O'DANIEL
One Prudential Plaza
130 East Randolph Street, Suite 2800
Chicago, Illinois 60601
312.580.2072
co1117@aol.com

## CERTIFICATE OF SERVICE

The undersigned, Catharine O'Daniel, an attorney, hereby certifies that the following document:

## UNOPPOSED MOTION TO CONTINUE SENTENCING

was served on all parties hereto on July 30, 2023, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, and LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

Respectfully submitted,

s/ *Catharine D. O'Daniel*
Catharine D. O'Daniel
Attorney for Defendant,
**TERRANCE P. LINK**

Catharine D. O'Daniel
LAW OFFICES OF CATHARINE D. O'DANIEL
One Prudential Plaza
130 East Randolph Street, Suite 2800
Chicago, Illinois 60601
312.580.2072 – office
312.269.1074 – facsimile
co1117@aol.com