# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| -vs- | ) | **Case No. 20 CR 495** |
| | ) | |
| **TERRANCE P. LINK,** | ) | **The Honorable Judge** |
| | ) | **Mary Rowland** |
| Defendant. | ) | |

# EXHIBIT A

## Letters of Support
## Written by Mr. LINK's Family and Friends

Letter in support of Terry Link

From: Susan McCall-Link (susielink@yahoo.com)

To: co1117@aol.com

Date: Monday, February 19, 2024 at 10:36 AM CST

My name is Susan Link. I am the wife of retired State Senator Terry Link. Terry and I met approximately thirty years ago. On June second, Terry and I will celebrate twenty-eight years of marriage.

Shortly before meeting my husband I was diagnosed with Multiple Sclerosis, a disease for which there is no cure. While I was reluctant to enter into a relationship with Terry because my medical future was so uncertain, he jumped in with both feet. He was steadfast in assuring me that everything would be fine, and that he would be with me on the very scary journey that I faced.

Additionally, it wasn't long before Terry decided to throw his hat in the ring for the 30th District Senate seat. I realized then that Terry Link was a very special man. His desire to represent the people of the State of Illinois in a district that he had lived his entire life, coupled with the fact he now had a disabled wife did not deter him from going full speed ahead into his future and mine as well. From that first day of campaigning so many years ago, through the 24 years he served in the Senate, Terry gave it his all. And, as the years went by and my health issues went through peaks and valleys, Terry was with me every step of the way way just as he had promised.

I have been lucky enough to witness Terry getting re-elected eight times, and I had a front row seat to watching him pour himself into doing his very best for his constituents and the people of the State of Illinois.

From helping to raise funds for Carmel Catholic High School in Mundelein Illinois for almost twenty-five years, to volunteering at a local Veterans organization, to securing a fire truck for a local municipality, Terry was always working hard to help others. His efforts to assist a community in need spurred him on and helped pave the way for that community to begin to thrive and prosper. I remember clearly watching Terry toil to pass the Smoke Free Illinois bill which he sponsored. The reward for him was hoping that the bill would help tens of thousands of Illinoisans enjoy better air quality, and encouraging people to quit smoking.

I could go on and on about the thousands of ways my husband helped others during the eight terms he served in the Senate. All of those things are matters of public record. What is not a matter of public record, however, is the personal side of Terry.

Terry Link is a man of great faith. He attends church every week regardless of where he is, and has shared his religion with me as I have shared mine with him.

Terry is one of the most compassionate people I know. When my Mother was nearing the end of her life and I was in the hospital with bilateral pulmonary embolisms, Terry went to see her everyday day at the assisted living community where she had been living the last years of her life. Each day he reported back to me that she seemed to be doing a little better. We both knew that was only wishful thinking. But,Terry was doing all he could to shelter me from the pain.

When his own Mother was in a nursing home we went to see her every Sunday when Terry came home from church. After visiting with her for several hours we rode home in silence, almost always with tears streaming down down my husbands face.

My husband is truly one of the finest men I know. He is an amazing husband. He has sat quietly in surgical waiting rooms counting the minutes until he could talk to a doctor about my prognosis through more surgeries than I can count.

He does all of the grocery shopping because I am unable to walk through an entire grocery store. He helps around the house every single day.

Terry is the Grandpa who goes to all of our grandchildren's sporting events. He is the grandpa that sits patiently

while our youngest granddaughter puts colorful barrettes in what little hair he has left. He is always there for our grandchildren as well as our daughters. He is the guy that we simply cannot live without.

He does all of this and more while enduring the side effects of Essential Tremor's. His hands shake from the tremors and sometimes his voice quivers. He never lets the tremors stop him from accomplishing tasks before him, albeit sometimes taking longer than it would others.

I did not know Terry was in any trouble until he called a family meeting. At that time we learned that in an effort to help a lifelong family friend, Terry made a mistake. His friend had lost his wife to cancer and his son to drugs. A man who once owned his own home and restaurant was flat broke and additionally had learned that he too had cancer. While Terry was trying to help his friend, he also learned that his friend was lying to him about his ability to repay Terry. The only thing that made sense to us was that Terry was trying to help someone.

I am begging your Honor, to consider Terry Link the whole man when you make your decision. The laws of the land are as deeply a part of him as his DNA. He is not a slick politician. He does not park illegally, he does not speed and has never been a threat to anyone. He is simply a man who made a mistake. Please allow the head of our family to remain with us. He is our beloved husband, father and grandfather. He is my caregiver and my best friend.

Respectfully submitted,

Susan Link

.

Sent from Yahoo Mail for iPad

February 5, 2024

To Whom It May Concern:

My name is Leah Link, and I am Terry Link's daughter. My parents have been married for over 27 years and Terry has been more of a dad than anyone else in my life. I say dad, because as the phrase goes, "Anyone can be a father, but it takes a special man to be a dad". Those words describe Terry perfectly. Terry is my Stepfather, but I do not consider him anything but a father. He has supported me throughout the years, and I don't know where I would be without him.

Terry has shown me compassion, caring and love throughout my life since I have known him and has supported me many times in the past. He has always been someone with a sound mind, excellent judgement and always has the best interest of others in mind. When I went through a rough time in my life and needed someone to lean on, Terry did not hesitate to support me. When I got divorced and needed direction, the first thing Terry said was, "You are my daughter and will always be my daughter." I was struggling with changing my name. Terry said, you can be a Link. That was so comforting, and it was what I needed. Terry is an excellent caregiver to my mom as well. Being that she has MS and requires some assistance, Terry does not hesitate to make sure her needs are met. He is always there for her and as her daughter, that is so appreciated.

I was completely shocked when I learned about the charges. Terry, being the man that he is, told the family in detail of what happened. Although it was not the right decision, he did not mean any harm. This act was surprising because Terry has never lied to me, and he would never intentionally break the law.

I believe this was simply a lack of judgement and he has certainly had time to think about his actions. His only intention was to assist a friend in need. I wholeheartedly believe that this is a one-time offense and will never happen again.

That day when Terry brought the family together, he was honest, heart-broken, embarrassed and ashamed. He told us the details and wanted to protect us at all costs. This did not come as a surprise, as this is Terry's way. He is always there when you need someone to talk to and you can always count on him.

My entire family is there for him now and will continue to support him throughout the entire process.

I know that he is sorry and that he has spent days, hours, months thinking about what he did and why. I know he is remorseful, and I hope that my family can put this behind us soon.

Thank you for your time,

Leah Link

Terry Link letter to judge

From: Jenny Robinson (q_t_pie82@hotmail.com)

To: co1117@aol.com

Date: Thursday, February 15, 2024 at 05:49 PM CST

Hi-

Here is the letter for Terry Link. Please let me know if you have any questions.

Thanks,
Jenny Robinson

---

**From:** Jenny Robinson <q_t_pie82@hotmail.com>
**Date:** February 14, 2024 at 6:03:52 PM CST
**To:** "Jenny Robinson (Q_T_PIE82@hotmail.com)" <q_t_pie82@hotmail.com>
**Subject:** Terry Link

February 14th, 2024

To Whom It May Concern:

My name is Jennifer Robinson, step-daughter to Terry Link.  Terry came into my life when I was 11 years old. He and my mom, Susan Link, married when I was in 8th grade in 1996. From then on, he has always been a prominent figure in my life.

Let's start from the beginning. Terry has always been there for me. I lived with him and my mom growing up. (I went to my biological dads on the weekend.) Whether it was waiting up for me to come home from nights out or seeing me off to my school dances, Terry was always there. He would be cheering for me in the stands at the football games when I was a cheerleader in high-school. Although he loves football so he may have enjoyed the game more :)

I went to a catholic high-school. Terry and my mom would volunteer every year in an event called Street Scenes. It's a fundraiser that the students and parents helped with raising money for the school. Each year they would put on different skits in our school library. I recall one year of Terry being the Tin Man from the Wizard or Oz and him wearing a funnel on his head spray painted silver, his face was silver and wore and entire silver garbage can as an outfit. He would do anything and wear anything to help out the school. He was always the first to volunteer his time despite being busy with the State Senate.

From the time that I have known Terry, he's never missed a Sunday of Church. In fact, he would even attend Friday or Saturday services if he know he would be busy on Sunday. I know that he has also volunteered at church. He is one of the

In 2007, I got married and started a family of my own. Terry has not only been a great father figure to me, but he's also an outstanding grandfather. He is the first to start tickle fights and the first to start getting rowdy with the kids and play. My kids are now older, Chase 13 and Chole, 10. So now it's more of, "Grandpa can I do your makeup." And of course the answer is always yes. He's at every softball game and music concert. My kids ask for him constantly and is so lovable and kind. Even though he's not his biological grandkids, he treats them like they are his own. And for that I will forever be grateful.

When my grandmother (my mom's mom), became to old to live on her own, Terry helped find a nursing home that was well equipped for her. He even helped with find a hospital bed and a hoyer chair for when my grandmother became immobile. He was also at the nursing home weekly. He talked to everyone there! From the other residents to the workers, he was always chatting with someone at the home. He's just a likable person. And everyone liked him.

When Terry came to us and told us about what he had done, our family was surprised . However, he was trying to do what he thought was right. I do whole heartily agree that he knows in his heart he was just trying to help a horrible situation and never thought it would end up like this. This has been beyond stressful for our entire family. Especially my mom who suffers from Multiple Sclerosis. Terry also suffers from horrible hand tremors and I have notched it has gotten worse in the past 2 years. We just want this put behind us so we can keep being a family and enjoy our time together.

To conclude, Terry is one of the nicest human beings I know. He has a heart of gold and would give you the shirt off his back if need be. We really depend on him in our family and my kids absolutely adore their grandfather. They talk about him daily and look forward to seeing him whenever they can. Terry's most important thing in his life is his family and he would do ANYTHING for them. We all love him dearly and can't wait to put this all behind us.

Sincerely,
Jennifer Robinson

Lindy Mika
510 Harvey Lake Drive
Vernon Hills, IL 60061
847-452-7449

RE: Illinois State Senator Terry Link

To Whom It May Concern,

My name is Lindy Mika. I was the administrative aide for State Senator Terry Link from March, 2013 to October, 2019. In this letter, it is not my intention to list all of the accomplishments of the Senator since there are too many to list and they are all part of the public record of the State of Illinois. What I would like to address is the character of the man I worked for in his district office.

To this day I still refer to this man as Senator Link. That is because he earned that title, not because technically it is the correct thing to do. When I was employed in his office, he treated me with the utmost respect. He never yelled, barked orders at me, or told me to do anything without asking me in a kind, professional way. If there were items that need to be completed quickly and it was the end of the day, I chose to stay and complete them because I wanted to stay. However, if I had a problem, the Senator would tell me to leave and do what I needed to do. That is the kind of work relationship we had.

When I heard about the charges that were brought against Senator Link, I honestly did not think it made any sense. After working for this man for over 6 years and knowing his views about operating our office, I could not believe that Senator Link would be involved with anything involving money. I remember the only gifts we accepted in the office was a tin of popcorn or food and baked items made by constituents. He always adhered to that rule and expected us to do the same. When the Blackhawks won the Stanley Cup and the State of Illinois had a reception to see it in Springfield, I drove down to Springfield with my husband. The Senator told me it was fine if I went, but it was on my own time and my own dollar. Not the State's money. Those are only a couple of examples that come to mind but there are dozens more. So, if you ask if I was surprised, you bet I was.

When I sat down and talked to the Senator about the charges against him, he was very honest with me. He explained what he did, how it happened, and why it happened. He accepted full responsibility. He made a terrible mistake which cost him dearly. I know this will never happen again.

In summary, Senator Link is a good, honest man who was an outstanding State Senator for 25 years. He earned the respect of many Illinoisans including me. I can attest to his truthful character. When sentencing Senator Link, please take into account all the exceptional qualities of this good man.

Sincerely,

Lindy Mika

Lindy Mika

February 11, 2024

U.S. District Judge Mary Rowland
Eastern Division
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE: Letter of Support for Terry Link

Honorable Mary Rowland,

My name is David Doerhoefer and I am a long-time resident of Vernon Hills, the President of the Vernon Hills Park District and a personal friend of Terry Link. I was introduced to Terry Link over 20 years ago, prior to my election to the Park Board through a mutual friend, became close friends quickly and have been ever since and always will be. I was shocked when I heard of the charges against Terry and couldn't believe they could be true. I have always known Terry to be an honest, trustworthy and an upstanding individual, willing to give everything of himself toward others. I believe it is this willingness that has led him to his misjudgment that has him in front of you at this time. I believe he is very remorseful for his actions and would make different decisions along his path to assist someone in need while not violating the rules of law.

Terry's dedication to others is evident in his years of service in the State Senate serving a diverse constituency with class and dedication. He has brought representation and fought for people in need while bring opportunities to communities to improve and much needed support. Terry has always gone above and beyond for those in need and has always been there when anyone needed him. Terry was there for me when I have lost my parents, brother and two sisters. Terry has personally helped me get through my hard times by being there to talk, grab lunch or just a round of golf. Terry has become family to me as someone I rely on and trust with guidance for me and my family. As a mentor in my Park District position, Terry has always told me to follow what is best for the community and never bow to the outside pressures to what individuals want or what I don't believe in.

Personally, Terry suffers from Parkinson's Disease and has since I have known him. He has never shied away from how this disease has impacted his physical abilities but has also never let that disease alter the things he did. He has been a role model to so many people in how to make the most of a physical limitation they may have been delt with. I have always admired Terry for how he delt with this and never allowed it to take him

away from his work, family or friends. Since this has happened, Terry has struggled with the relationship with his daughter. I know this weighs heavy on Terry to this day. All that Terry has been through, I don't believe there is any chance that Terry would make the decisions he has made in the past. He clearly understands the implications of his decisions and how it has affected his life and reputation. Personally, I will always be there with Terry to be a support to him and be there for anything he needs.

Thank you for allowing me to provide insight into the person Terry Link is and the impact he has had on so many lives, including mine. If you have any further questions or would like to discuss any of this information, please don't hesitate to contact me at the information below.

Sincerely,

David Doerhoefer
205 Knollwood Lane
Vernon Hills, IL 60061
d.doerhoefer@comcast.net
847-489-8793

January 30, 2024

**Via Email and US Mail**

Ms Catherine D. O'Daniel
130 E. Randolph Street
Suite 2800
Chicago, IL 60601

Dear Ms. O'Daniel,

Terry Link has been my friend since we first met in 1995 when I was in my late thirties. At the time, I had been a high school teacher for nearly twenty years and was transitioning into a full time position as a teacher union president. In my new role, I had the opportunity to engage with many members of the Illinois General Assembly. Many of these interactions required me to develop a level of trust with the area legislators. These relationships were not always positive; I learned that many legislators did not keep their word or keep to commitments. I also learned through this process that Terry was a person I could count on to keep his word with me. Although we did not always agree, we always respected each other regardless of the outcome.

I worked as a colleague with Terry during his first campaign for Illinois Senate and have grown to know him both professionally and personally. We have worked and socialized together over the ensuing years. Terry was a legislator that I could always send my union members to meet with, call, or write and have the confidence in knowing he would listen to their concerns and ideas and help them when possible. He would also honestly access when their issues would be difficult, if not impossible to address. He was not shy to admit to his own limitations as a Senator. In short, Terry would only offer assurance to me or my members that he could help us with a concern when he felt it was a possible realization. Never once that I can recall did he overstate his authority.

On many occasions I have seen Terry help folks with issues in their lives in ways that have made a positive difference. I have learned that he is a friend that I can trust with confidential personal information. One issue, in particular, affected me. In 2013, I was having a personally difficult time because my scheduled retirement had to be delayed due to circumstances beyond my own control. As a result I continued a decades long pattern of consuming too much alcohol. Terry was the person who met with me and described his own battle with addiction after a great loss that he had suffered two decades earlier. Terry gave me help, comfort and guidance. Terry met with me regularly and encouraged my attendance in Alcoholics Anonymous. Terry provided the support that a only friend and colleague, whom I accepted as my peer, could provide to me at the time. This support continues to this day as I celebrate nine years of my recovery. Perhaps, on the surface, this may not appear as significant but any recovering addict can assure you that this was not only a big deal but a potential life saver.

I moved from Northeastern Illinois to Southwest Michigan in 2016, but Terry continued to stay in touch and provide support, wisdom and friendship. Terry mentioned this case to me one day, almost as an afterthought, after talking to me about life changes that had affected me in positive ways. Terry has always demonstrated concern with my life, and placed others first,

rather than dwell on his personal concerns or difficulties. I am hopeful that Terry and I will be allowed to continue to grow and develop our relationship for many years yet to come. I have learned so much from Terry that has provided me a positive strength in my life.

Terry and I remain close. Terry is the very first person who reaches out to me on holidays to wish both myself and my wife well. I consider him one of the very few friends in my life that I *can count on.* I know that my friend Terry Link will always be there for me. I have grown confident in his support and I am truly grateful for my friendship with Terry.

In closing, Terry Link has shown me over many years that he has the essence of the core values that make for a good person. He has demonstrated honesty, courage, loyalty and genuine compassion for others and if, this one time, has also shown the human ability to make a blunder or mistake then I ask that the Court seriously consider the many actions and qualities which compose the Terry Link I have come to know over many years and allow the substance of these to outweigh the lapse of judgement in this concern. I offer this plea of leniency to the Court in all good conscience and faith in the character of Terry Link.

Please feel free to contact me at any time to discuss Terry Link.

With due respect to the Court,



Michael T. McGue

717 St Joseph Dr.
PMB #281
Saint Joseph, MI 49085

Email address: mcguemichael@yahoo.com
Cellular telephone: (847) 975-8135

January 31, 2024

Colonel Michael P. Peck
3327 Hutchinson Ln
Mundelein, IL. 60060-6009

To the Honorable Judge Mary Rowland

I am Colonel Michael P. Peck, US Army Retired. I served on active duty in Korea and Vietnam for six years and then 30 in the Army Reserve while working as a Police Officer in Galesburg, Illinois. I served Congressman Lane Evans as his District Chair for his Veterans Advisory Committee. I also served 10 years as Chief of Security for the Illinois Veterans Home in Quincy.

I met Senator Link when I was elected Superintendent for the Veterans Assistance Commission of Lake County. For 14 years I worked with Senator Link on legislation that provided much needed assistance to the Veterans and their families in Illinois.

In particular the Disabled Veterans Homestead Exemption was a singular accomplishment of the Senator. To this day we in the Veterans Community continue to fight to keep this exemption that provides much needed assistance. The legislation provides direct financial assistance to thousands of veterans and their surviving spouses in Illinois. The legislation was controversial but the Senator stood his ground.

The Senator has worked with the veterans community through his work at St. Marys Church in Vernon Hills in which food, furniture and clothing is provided by the " Sharing Hands Program." For veterans it was Senator Link who help to establish the Midwest Veterans Closet in North Chicago. This endeavor was able to relieve my office of providing an annual stand down for veterans, monthly food distribution and clothing for all veterans in need. With a staff of four I needed relief to concentrate on disability claims and emergency financial assistance.

On a daily basis the Closet is opened to all veterans to provide clothing and furniture. Once a month we have food distribution. But the most important aspect is a place where veterans can go, no questions ask to meet and talk with fellow veterans and gain information on where to go for assistance. The Senator has repeatedly referred clients to the Closet, Allen J. Lynch Medal of Honor Foundation and my office.

When Russia attacked the Ukraine the Senator was among the first to help raise funds to assist those in need. To this day, I still receive phone calls from Surviving Spouses who were told by the Senator to call for guidance after their veteran spouse had passed.

I am aware of the charge against Senator Link but the conduct that brought him before the court for sentencing is inconsistent with the man I know and have known now for over 20 years. He has lived a life of integrity and service to others and regrets the stain that he has put on his character.

If anyone deserves compassion it is SenatorLink who has shown it to others.

Most respectfully,

To the Honorable Judge Mary M. Rowland:

My name is Paul Frederick Pearce. I was a volunteer high school basketball coach for 29 years. I retired from the DOD Naval Station Great Lakes in 2010. I am a hands-on, volunteer and currently on the board of directors for the Cool Food Pantry Family Housing and Veterans Aid in Waukegan Illinois. Our organization was formed in 1983 to provide service to the less fortunate in Lake County.

I have known Terry Link for many years and he has been one of our stanches supporters. Unlike many politicians, it didn't need to be an election year for him to come to the aid of an organization like ours. The pantry operated out of a very small store front in downtown Waukegan. It was so cramped a lot of the people who needed help had to stand outside in the winter waiting to get in.  The northern Illinois food bank trucks deliveries had to be left on the sidewalk outside until we could haul them in, rain or snow.

Eight years ago we were absolutely elated when Mr. Don Henderson of Henderson construction donated a building five times the size of the one we were in for our Pantry. We had a huge warehouse where the trucks could back in and all kinds of room for the people we serve.  Unfortunately, the alderman in that area made every effort to keep us from moving in. He was quoted as saying  "We don't want those kind of people in our neighborhood." Our Executive Director and I met with the Mayor and his staff  hoping to get a permit to open. To our shock and dismay, he sided with the Alderman and told us there was no way we would get a permit to open.  That afternoon I went to Terry Link's office and told him of our problem knowing he was a huge donor and supporter.

Senator Link told me he would see what he could do to help us, and  help us he did!  Two weeks from that afternoon we got the permit to open.  Thanks to Terry's efforts these are a few of the things we are doing right now because of him.  Last month we provided boxed food to 6081 people. We have purchased 10 housing units, five in Zion five in Waukegan and put up homeless families for up to one year and sometimes extend it if possible.  We have an average of 111 Veterans per month come into our unit and we supply food and sundries to them. Terry Link's picture hangs in our boardroom. I can't even imagine how many thousands of the less fortunate have benefited because of what Terry did for us.  That is the Terry Link I know.  We are at www.cool ministries.org

Paul Frederick ( Rick ) Pearce